U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

MAY 6 10 21 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Michael Mills

v.  Civil Action No.03-136-PB

Merrimack Police Department, et al.

## JUDGMENT

In accordance with Chief Judge Paul Barbadoro's Orders dated June 11, 2003 and May 5, 2004, judgment is hereby entered.

By the Court,

James R. Starr, Clerk

May 6, 2004

cc: Michael Mills, Pro se.
William Scott, Esq.
Scott Ewing, Esq.